■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cayuga County

Court, Corning, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.